**Appeal Dismissed and Memorandum Opinion filed October 24, 2017.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-17-00462-CV

### ALI YAZDCHI, Appellant

### V.

### KENNETH MINGLEDORFF AKA MINGLEDORFF LAW FIRM, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-66361**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order dismissing the case for want of prosecution signed March 6, 2017. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Ali Yazdchi has been declared a vexatious litigant and is therefore subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West 2017).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101

unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. *Id.* § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

Our record contains no indication appellant obtained permission to file this appeal. On August 17, 2017, we notified appellant that we would consider dismissal of this case on our own motion unless appellant filed a copy of the order from the local administrative judge permitting the filing of this appeal. *See id.* § 11.103(a); *see also Scott v. Morgan*, Nos. 14-12-00268-CV, 14-12-00269-CV, 2013 WL 2149805 (Tex. App.—Houston [14th Dist.] May 16, 2013, no pet.) (mem. op.). In response, appellant filed a request to the local administrative judge for an order permitting the filing of this appeal. However, appellant has not provided proof that he obtained a pre-filing order from the local administrative judge granting permission to file this appeal. *See id.* Accordingly, we order this appeal dismissed.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.